| Date | Pleading Number | |
|---|---|---|
| 6/17/74 | 1. | MOTION -- Bourns, Inc. and Marlan E. Bourns -- w/Brief in Support ~~Ruoe 5 appearance and certificate of service.~~ REQUESTED TRANSFEREE FORUM: N.D. Illinois |
| 6/24/74 | 2. | RESPONSE -- Allen-Bradley Co. -- w/supporting exhibit and certificate of service. |
| 6/24/74 | 3. | RESPONSE -- Vishay Intertechnology, Inc. and Reon Resistor Corp. w/ certificate of service |
| 7/1/74 | 4 | REQUEST FOR EXTENSION -- Movants request to file reply brief granted to July 15, 1974. |
| 7/1/74 | 5 | ELECTRA MIDLAND CORP AND MEPCO INC. response to motion w/cert. of service |
| 7/1/74 | 6 | AMPEREX ELECTRONICS CORP. response to motion w/cert. of servicd |
| 7/1/74 | 7 | CTS CORP. response to motion w/cert. of service. |
| 7/2/74 | 8 | BUNKER RAMO CORP., FAIRCHILD CAMERA AND INSTRUMENTS CORP., TRW INC. AND WESTON INSTRUMENTS response to motion w/cert. of service |
| 7/3/74 | + | Supplemental certificate of service for pleading no. 8 |
| 7/15/74 | 9 | MOVANT BOURNES, Notice of dismissal of the action entitled Bourns, Inc. v. Bowmar, C.D. Calif., 74-1530 |
| 7/15/74 | 10 | MOVANT BOURNES, REPLY BRIEF w/cert. of service |
| 7/24/74 | 11 | BECKMAN INSTRUMENTS brief w/cert. of service |
| 8/1/74 | 12 | ~~BECKMAN INSTRUMENTS~~ reply brief w/cert. of service (BOURNS) |
| 8/30/74 | | HEARING ORDER -- Setting A-1 through A-9 for hearing, Sep. 27, 1974 Boston, Massachusetts. |
| 12/4/74 | | OPINION AND ORDER denying transfer of litigation pursuant to 28 U.S.C. §1407 |

OaO, Dec 4, 1974 385 F. ~~No. 179~~ 1260

DOCKET NO. 179 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE BOURNS, INC. PATENT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 9/27

Date(s) of Opinion(s) or Order(s) 12/4/74

Consolidation Ordered ___   Name of Transferee Judge ___

Consolidation Denied XX   Transferee District ___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Bourns, Inc., et al. v. Amperex Electronics Corp. | R.I. Pettine | 74-121 | | | | Bourns Mot. 6/17/74 |
| A-2 | Bourns, Inc., et al. v. Bowmar/TIC, Inc. | C.D.Cal. Hauck | 74-1530-AAH ~~NTN~~ | | | Dismissed 7/12/74 | " |
| A-3 | Bourns, Inc., et al. v. Carter Manufacturing Corp. | Mass. Skinner | 74-2025-S | | | | " |
| A-4 | Bourns, Inc., et al. v. CTS Corp. | N.D.Ind. Beamer | S74-111 | | | | " |
| A-5 | Bourns, Inc., et al. v. Electra-Midland Corp. | N.J. Stern | 74-744 | | | | " |
| A-6 | Bourns, Inc., et al. v. Mepco, Inc. | N.J. Stern | 74-745 | | | | " |
| A-7 | Bourns, Inc., et al. v. Reon Resistor Corp. | E.D.Pa. Ditter | 74-1365 | | | | " |
| A-8 | Bourns, Inc., et al. v. Vishay Intertechnology, Inc. | E.D.Pa. Ditter | 74-1258 | | | | " |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Bourns, Inc. v. Allen-Bradley Co. | N.D.Ill. McMillen | 70C1992 | | | | Bourns Mot. 6/17/74 |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 179 -- IN RE BOURNS, INC. PATENT LITIGATION

| | |
|---|---|
| BOURNS, INC.<br>MARLAN E. BOURNS<br>Clyde F. Willian, Esquire<br>Hume, Clement, Brinks, Willian, Olds<br>  & Cook, Ltd.<br>One First National Plaza<br>Chicago, Illinois  60670<br><br>ALLEN-BRADLEY CO.<br>Arthur H. Siedel, Esquire<br>Quarles & Brady<br>780 North Water Street<br>Milwaukee, Wisconsin  53202<br><br>BECKMAN INSTRUMENTS, INC.<br>Reginald K. Bailey, Esquire<br>Mason, Kolehmainen, Rathburn & Wyss<br>20 North Wacker Drive<br>Chicago, Illinois  60606<br><br>THE BUNKER-RAMO CORPORATION<br>FAIRCHILD CAMERA & INSTRUMENT CORP.<br>TRW, INC.<br>WESTON INSTRUMENTS, INC.<br>Lewis T. Steadman, Esquire<br>Hill, Gross, Simpson, Van Santen,<br>  Steadman, Chiara & Simpson<br>53 West Jackson Blvd.<br>Chicago, Illinois  60604<br><br>AMPEREX ELECTRONICS CORP.<br>ELECTRA/MIDLAND CORP.<br>MEPCO, INC.<br>Dana M. Raymond, Esquire<br>Brumbaugh, Graves, Donohue & Raymond<br>30 Rockefeller Plaza<br>New York, New York  10020 | CARTER MFG. CORP.<br>Marshall A. Burmeister, Esquire<br>Burmeister, York, Palmatier, Hamby<br>  & Jones<br>Suite 840, 135 S. LaSalle St.<br>Chicago, Illinois  60603<br><br>CTS CORPORATION<br>Walther E. Wyss, Esquire<br>Mason, Kolehmainen, Rathburn & Wyss<br>20 North Wacker Drive, Suite 3200<br>Chicago, Illinois  60606<br><br>VISHAY INTERTECHNOLOGY, INC.<br>REON RESISTOR CORP.<br>Thomas M. Ferrill, Jr., Esquire<br>Roger Norman Coe, Esquire<br>Suite 106, Towle Building<br>Walton & Township Line Roads<br>Blue Bell, Pennsylvania  19422 |